**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case: 1:26-mj-00207<br>Assigned To : Upadhyaya, Moxila A.<br>Assign. Date : 11/11/2026<br>Description: COMPLAINT W/ARREST WARRANT |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **TIMOTHY VO** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Based on the representations in the government's Motion to Seal the Complaint, and to Delay Entry on the Public Docket of the Filing of the Motion to Seal and related matters, this Court makes the following:

**FINDINGS OF FACT**

Public disclosure of the existence of the Complaint at this time may alert the target of this investigation that he is under investigation. This may cause the defendant to destroy evidence, flee, cause harm to confidential personnel and agents, or arm themselves to evade arrest, which presents a danger to law enforcement and nearby civilians.

Based on the representations in the government's motion, Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the Indictment, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the government's motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this 11th day of November, 2026,

**ORDERED** that this Order, the attached government motion to seal, the Complaint, and other related pleadings, shall be filed under seal in the Criminal Clerk's office until further order of this Court;

Further **ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the government's motion to seal and the Order granting such motion, the Indictment, and other related pleadings, until further order of this Court; and

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the government shall be permitted to disclose the Indictment and related materials in furtherance of its law enforcement needs and discovery obligations.

HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE