# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**United States of America**

**v.**

**Timothy Vo**

**No. 26-mj-207 (GMH)**

## ORDER

It is hereby ORDERED that the Motion is Granted; it is further ORDERED that the DC Jail Medical Records Department provide counsel for Mr. Vo with all available medical records on a continuing basis.

Date: November 17, 2026

THE HONORABLE G. MICHAEL HARVEY
UNITED STATED DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA