**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | **Case No.: 26-mj-00207 (MAU)** |
| **v.** | ) | |
| | ) | |
| **TIMOTHY VO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF ASSIGNMENT**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Michael Beach has assumed responsibility for the defense of the defendant as co-counsel. Please send copies of all notices and inquiries to the attorney listed below.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

MICHAEL BEACH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
202-208-7500
michael_beach@fd.org